

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Mary Caroline Guggenheim and Erik Wade Guggenheim

No. 06-24-00033-CV

Appeal from the 43rd District Court of Parker County, Texas (Tr. Ct. No. CV23-0983). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's judgment and remand the case for a new trial with proper notice.

We further order that the appellee pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 15, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk